UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

M E M O R A N D U M

Honorable Frank C. Damrell, Jr.
United States District Judge
Sacramento, California

RE: Larry Dee TANKERSLEY, Jr.
Docket Number: 2:98CR00065-01
PERMISSION TO TRAVEL
**OUTSIDE THE COUNTRY**

Your Honor:

The releasee is requesting permission to travel to Mexico. He is current with all supervision obligations, and the probation officer recommends approval be granted.

**Conviction and Sentencing Date:** On August 31, 1998, Mr. Tankersley was sentenced for the offense of 21 USC 846, 841 (a) (1) - Conspiracy to Manufacture, Distribute and Possess with Intent to Distribute Methamphetamine.

**Sentence Imposed:** 155 months custody of the Bureau of Prisons; 60 months Supervised Release; and a $100 Special Assessment. **Special Conditions:** Warrantless search and seizure; Financial disclosure; Drug/alcohol treatment and co-payment; Mandatory drug testing; Pager/cell phone restrictions; and Alcohol restrictions.

**Dates and Mode of Travel:** September 26, 2010, to October 3, 2010. Mr. Tankersley will drive to Long Beach, California, board a cruise ship, travel to various locations in Mexico, return to Long Beach, and drive home to Stockton, California.

**Purpose:** Vacation.

**RE:** Larry Dee TANKERSLEY, Jr.
Docket Number: 2:98CR00065-01
**PERMISSION TO TRAVEL OUTSIDE THE COUNTRY**

Respectfully Submitted,

/s/ Richard W. Elkins
**RICHARD W. ELKINS**
Senior United States Probation Officer

**DATED:** September 9, 2010
Elk Grove, California
RWE/cj

**REVIEWED BY:**   /s/ Deborah A. Spencer
**DEBORAH A. SPENCER**
**Supervising United States Probation Officer**

---

**ORDER OF THE COURT:**

**Approved**   X               **Disapproved** _____

**September 13, 2010**
**Date**

[signature]
**FRANK C. DAMRELL, JR.**
**United States District Judge**